1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| LEE LACY, | CASE NO. 12cv624-MMA (JMA) |
|---|---|
| Plaintiff, | **NOTICE AND ORDER PROVIDING TENTATIVE RULINGS RE: DEFENDANTS' MOTION IN LIMINES** |
| v. | |
| PALMER, *et al.*, | [Doc. Nos. 106, 110] |
| Defendants. | |

Currently set for hearing before the Court on Monday, November 10, 2014, are Defendants' motions in limine numbers 1 through 3. *See* Doc. Nos. 106, 110. Having considered the parties' submissions, and in anticipation of Monday's hearing, the Court issues the following tentative rulings:

1.  The Court tentatively **GRANTS** Defendants' motion in limine to exclude evidence of prior incidents involving Defendant Elizabeth Palmer pursuant to Federal Rule of Civil Procedure 404(b). *See United States v. Cherer*, 513 F.3d 1150, 1157 (9th Cir. 2008).

2.  The Court tentatively **GRANTS** Defendants' motion in limine to exclude evidence suggesting the County's Policies or Practices are Unlawful.

3. The Court tentatively **DENIES AS MOOT** Defendants' motion in limine to exclude reference to Plaintiff's Citizen's Complaint and Resulting Internal Affairs Investigation. The parties appear to agree that neither Plaintiff's filing of a citizen's complaint nor the resulting Internal Affairs Investigation is probative to the issue of excessive force.

The Court advises the parties that these rulings are tentative. The Court will entertain additional argument at the hearing on Monday, November 10, 2014.

**IT IS SO ORDERED.**

DATED: November 7, 2014

Hon. Michael M. Anello
United States District Judge